UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Paez Castro Jorge Adalberto,

      Petitioner,

    v.

Todd Blanche, *et al.*,

      Respondents.

Case No. 2:26-cv-01054-ART-EJY

**ORDER GRANTING**

**Stipulation for
Extension of Time**

      Petitioner Paez Castro Jorge Adalberto and Respondents Todd Blanche, et al., by and through their undersigned counsel, hereby stipulate and agree that Petitioner shall have until **May 19, 2026**, to file an amended petition for writ of habeas corpus. The amended petition is currently due May 15, 2026. This is the first stipulation for an extension of time for Petitioner to file an amended petition.

      On May 15, 2026, counsel for Petitioner conferred with counsel for Respondents, Assistant United States Attorney Tamer Botros, to inform him that she needed additional time to prepare the petition. Mr. Botros agreed to this extension for that purpose.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Petitioner to file an amended petition to May 19, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 15th day of May, 2026.

| | |
|---|---|
| TODD BLANCHE | RENE L. VALLADARES |
| Acting Attorney General of the United States | Federal Public Defender |
| SIGAL CHATTAH | |
| First Assistant United States Attorney | |
| | |
| */s/ Tamer Botros* | */s/ Heather Fraley* |
| Tamer Botros | Heather Fraley |
| Assistant United States Attorney | Assistant Federal Public Defender |

ORDER

The parties request to extend the deadline for Petitioner to file an amended petition to May 19, 2026, is granted *nunc pro tunc*.

_____

Anne R. Traum
United States District Judge

Dated: <u>May 26, 2026</u>

2