**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PAEZ CASTRO JORGE ADALBERTO,

Petitioner,

v.

JOHN MATTOS, *et.al.*,

Respondents.

Case No. 2:26-cv-01054-ART-EJY

**ORDER GRANTING**

**Joint Stipulation for Extension of Time to file a Joint Status Report per Court's Order, ECF No. 21**

**(First Request)**

Petitioner and Federal Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to file a Joint Status Report per Court's Order, ECF No. 21, extending the deadline from September 17, 2026, to September 22, 2026. Counsel for the Federal Respondents is on sick leave today and on Monday, September 21, 2026. Petitioner's counsel does not oppose the extension. This is the first request for an extension.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline to file a Joint Status Report per Court's Order, ECF No. 21, from September 17, 2026, to September 22, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 17th day of September 2026.

Rene L. Valladares
Federal Public Defender

/s/Heather Fraley
Heather Fraley
Assistant Federal Public Defender
Texas State Bar No. 24050621
411 E. Bonneville Ave., Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Heather_Fraley@fd.org
*Attorney for Petitioner Paez Castro Jorge Adalberto*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

/s/ Martin J. Mayer
MARTIN J. MAYER
Special Assistant United States Attorney

**IT IS SO ORDERED.**

ANNE R. TRAUM
**UNITED STATES DISTRICT JUDGE**

**DATED** this 18th day of September, 2026.